JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DANNA VONGAMATH,** <br> Plaintiff, <br> v. <br> ORANGE COUNTY TREASURY et al., <br> Defendants. | No. ED CV 23-00132-VBF-ADS <br> **ORDER** <br> Dismissing Case Without Prejudice |

On February 23, 2023, plaintiff filed the complaint, CM/ECF Document ("Doc") 1, and a request to proceed without prepayment of the case filing fee (Doc 2). Plaintiff subsequently filed two additional requests to proceed without prepayment of the case filing fee (Docs 4 and 6).

By Order dated March 7 and docketed March 8, 2023, the Court issued an Order (Doc 5) directing him to "(1) refile a fully completed CV-60P on the Court's updated form, accompanying this Order, including the required certificate of authorized officer and certified copy of Plaintiff's prison or jail trust fund statement for the last six months OR (2) pay the full filing fee of $402."

The Notice warned, "If the plaintiff does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice." Doc 5 at 2. The thirty days began running on March 9, 2023 and elapsed at midnight on April 7, 2023, well over a

month ago, and the Court has received no payment and no further filings from plaintiff. Accordingly:

**This action is DISMISSED without prejudice for failure to pay the case filing fee, failure to comply with court order, and lack of prosecution.**

IT IS SO ORDERED.

Dated: May 18, 2023

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge